No. 4,768.—STATE, APPELLANT, *v.* HOWARD KIDMAN, RESPONDENT.

*Appeal from District Court, Hill County; Frank E. Carleton, Judge.*

Decided May 2, 1921.

PER CURIAM.—Pursuant to *praecipe* filed by the attorney general, the appeal in the above-entitled cause is dismissed.

*Mr. Wellington D. Rankin,* Attorney General, for Appellant.

*Mr. J. P. Donnelly,* for Respondent.

———

No. 4,865.—STATE EX REL. ROGERS LAND & CATTLE CO., RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Certiorari directed to the District Court of the Thirteenth Judicial District and Robert C. Strong, Judge.

Decided May 4, 1921.

PER CURIAM.—The application of relator herein for writ of *certiorari* is denied.

*Mr. C. F. Gillette,* for Relator.